DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
**AMERICAN HONDA FINANCE CORPORATION**


CLARK OVRUCHESKY
**C.O. LAW, APC**
2404 Broadway
Suite 150
San Diego, CA 92102
619-356-8960
Email: co@colawcalifornia.com

Attorneys for Plaintiff
**JANITA LAL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANITA LAL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION AND EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | CASE NO. 2:19-cv-02507-TLN-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT LR 144, FRCP 6** |

    Plaintiff, Janita Lal ("Plaintiff"), and defendant American Honda Finance Corporation ("AHFC") (Plaintiff and AHFC referred to hereinafter as "the Parties), through their attorneys of record, hereby stipulate and request an order of this Court to extend the time for AHFC to answer or otherwise respond to Plaintiff's complaint for good cause as follows:

    Plaintiff and AHFC are currently working to resolve the matter and are actively engaging in settlement discussions. To permit the parties time to resolve the matter on their own would

save both litigation and judicial resources. To date, the parties have exchanged offers and counteroffers and are hopeful discussions will ultimately be fruitful. An extension to April 21, 2020, will allow the parties ample time to work toward resolution and if resolution, or alternatively for AHFC to respond to the Plaintiff's complaint if the parties are unable to settle their dispute.

Thus, for good cause appearing, the Parties stipulate and request an Order extending the time for AHFC to answer or otherwise respond to the Complaint to April 21, 2020.

RESPECTFULLY SUBMITTED:

Dated: April 7, 2020　　　　　　　WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

　　　　　　　　　　　　　　　　By:　*/s/ Dennis J. Rhodes*
　　　　　　　　　　　　　　　　　　Dennis J. Rhodes
　　　　　　　　　　　　　　　　　　Attorneys for Defendant AMERICAN HONDA
　　　　　　　　　　　　　　　　　　FINANCE CORPORATION

Dated: April 7, 2020　　　　　　　C.O. LAW, APC

　　　　　　　　　　　　　　　　By:　*/s/ Clark Ovruchesky*
　　　　　　　　　　　　　　　　　　Clark Ovruchesky
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, JANITA LAL

**ORDER**

Pursuant to the stipulation of the Parties, it is so ordered.

Dated: April 8, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT LR 144, FRCP 6