DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
**AMERICAN HONDA FINANCE CORPORATION**


CLARK OVRUCHESKY
**C.O. LAW, APC**
2404 Broadway
Suite 150
San Diego, CA 92102
619-356-8960
Email: co@colawcalifornia.com

Attorneys for Plaintiff
**JANITA LAL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANITA LAL,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMERICAN HONDA FINANCE CORPORATION AND EQUIFAX INFORMATION SERVICES LLC,<br><br>                    Defendants. | CASE NO.  2:19-cv-02507-TLN-AC<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT LR 144, FRCP 6 AND ORDER THEREON** |

   Plaintiff, Janita Lal ("Plaintiff"), and defendant American Honda Finance Corporation ("AHFC") (Plaintiff and AHFC referred to hereinafter as "the Parties), through their attorneys of record, hereby stipulate and request an order of this Court to extend the time for AHFC to answer or otherwise respond to Plaintiff's complaint for good cause as follows:

   Plaintiff and AHFC are currently working to resolve the matter.  Given the Parties' efforts, this Court approved their first stipulation to extend the time for AHFC to respond to Plaintiff's

complaint. The Parties have exchanged offers and remain actively engaged in settlement discussions. Because additional time is needed, the Parties submit this stipulation for an order extending the time for AHFC to answer or otherwise respond to the Complaint to May 5, 2020.

RESPECTFULLY SUBMITTED:

Dated: April 20, 2020         WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                        By:   */s/ Dennis J. Rhodes*
                              Dennis J. Rhodes
                              Attorneys for Defendant AMERICAN HONDA
                              FINANCE CORPORATION


Dated: April 20, 2020         C.O. LAW, APC

                        By:   */s/ Clark Ovruchesky*
                              Clark Ovruchesky
                              Attorneys for Plaintiff, JANITA LAL


## **ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is so ordered.

Dated: April 22, 2020

                              Troy L. Nunley
                              United States District Judge